IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-mj-221 GGH |
| Plaintiff, | ) ) | ORDER DISMISSING COMPLAINT |
| v. | ) ) | |
| JORGE MUNOZ-HERNANDEZ, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 48(a), and in the interest of justice, the Court grants the government's motion to dismiss the complaint against Jorge Munoz-Hernandez.  See Fed. R. Crim. P. 48(a).  The complaint is dismissed without prejudice.

DATED:  August 3, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1